UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. R. PATEL INVESTMENTS, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-00266-SK<br><br>**CONDITIONAL DISMISSAL**<br><br>Regarding Docket No. 30 |

Plaintiff advises the Court that the parties have reached a settlement of this case and that Plaintiff expects to file a dismissal with prejudice within sixty days. (Dkt. 30.) Therefore, **IT IS HEREBY ORDERED** that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this Court, within sixty days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial. If no certification is filed, after passage of sixty days, the dismissal shall be **with** prejudice.

**IT IS SO ORDERED**.

Dated: January 9, 2020

_____
SALLIE KIM
United States Magistrate Judge